\_\_\_\_\_ FILED \_\_\_\_\_ ENTERED
\_\_\_\_\_ LODGED \_\_\_\_\_ RECEIVED

SA   SEP - 8 2005

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                DEPUTY

03-CV-03243-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK DEMOS,

    Petitioner,

v.

MICHAEL CHERTOFF, et al.,

    Respondents.

CASE NO. C03-3243-RSL-MJB

ORDER OF TRANSFER TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT AS A PETITION FOR REVIEW

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition (Dkt. #1), all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    This Court is without jurisdiction to consider petitioner's challenge to his exclusion order. Accordingly, this action is hereby TRANSFERRED to the United States Court of Appeals for the Ninth Circuit as a Petition For Review pursuant to Section 106(c) of the REAL ID Act of 2005, Pub. L. No. 109-13,

ORDER OF TRANSFER
PAGE - 1

119 Stat. 231.

(3) Respondents are temporarily enjoined from removing petitioner from the United States pending further order of the United States Court of Appeals for the Ninth Circuit. (Dkt. #5).

(4) The Clerk is directed to TERMINATE this case and TRANSFER all pleadings and related documents to the Ninth Circuit Court of Appeals. The Clerk shall, however, retain a copy of the Court's electronic file. The Clerk is further directed to send copies of this Order to all counsel of record, and to Judge Benton.

DATED this 6th day of Sept., 2005.

/s/ R. S. Lasnik
ROBERT S. LASNIK
United States District Judge

ORDER OF TRANSFER
PAGE – 2